JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:19-CV-10457-PSG-JC<br><br>**JUDGMENT GRANTING DEFENDANT WALMART INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: December 11, 2019 |

The Court, having considered Walmart Inc.'s Motion for Summary Judgment and all other papers submitted by the parties, as well as the records and files in this case, and finding good cause, ORDERS THAT:

Plaintiff's claim under the Americans with Disabilities Act ("ADA") is moot and the entire action is dismissed. Walmart Inc.'s Motion for Summary Judgment is GRANTED, and Judgment is hereby entered in favor of Walmart Inc., with costs and fees to be awarded.

Dated: September 18, 2020

By: _____
Philip S. Gutierrez
United States District Judge